In the Matter of the Estate of Augustus G. Palmer, Deceased. Howard E. Brown, as Trustee in Bankruptcy of Cobleskill Crushed Stone Company, Bankrupt, Appellant; Mary Bear Palmer and Everett L. Crawford, as Executors, etc., of Augustus G. Palmer, Deceased, Respondents.— The answer of the executor is not sufficient to oust the surrogate of jurisdiction under section 2272 of the Code of Civil Procedure.* (*Matter of Macaulay*, 94 N. Y. 574.) We are of opinion that justice requires that the claim should be paid forthwith, with interest from its maturity, and the decree of the Surrogate's Court of Westchester county is modified accordingly, and as so modified affirmed, without costs. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

The Long Island Railroad Company, Respondent, v. Daniel S. Jones

* *Sic.* See Code Civ. Proc. § 2722.— [REP.

and Others, Appellants, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

John E. McCarthy, as Sole Surviving Executor, etc., of Pierce J. McCarthy, Deceased, Appellant, v. John F. Crosson, Respondent.— Judgment affirmed, without costs. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.